NUMBER 13-06-389-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

                          IN RE: EUGENE X.
MERCIER   

__________________________________________________________________

 

 On Petition for Writ of Mandamus and Motion for
Emergency Hearing 

                      on Petition for Writ of
Mandamus ___________________________________________________________________

 

                     MEMORANDUM OPINION

 

         Before Chief Justice Valdez and
Justices Rodriguez and Garza

                            Per Curiam
Memorandum Opinion[1]

 

Relator, Eugene X. Mercier, filed a petition for writ of mandamus
in the above cause on July 10, 2006.  The Court, having examined and fully
considered the petition for writ of mandamus, its record and its
"clerk's record," is of the opinion that relator has not shown
himself entitled to the relief sought. 
Accordingly, relator's petition for writ of mandamus is denied.  See Tex.
R. App. P. 52.8(a).








Furthermore, relator's motion for emergency hearing on petition for
writ of mandamus filed on July 10, 2006, is also denied.

 

PER
CURIAM

 

Memorandum Opinion
delivered and 

filed this 11th day of
July, 2006.











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).